Jason S. Vanacour (#022738)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile:  (602) 382-6070
jvanacour@swlaw.com
*Attorneys for Defendants Digital Speed Communications, Inc., Innovative Communications, Inc., Adam Pasternack, and Jane Doe Pasternack*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RADISSON HOTELS INTERNATIONAL, INC., a Delaware Corporation; TROPICAL TRAVEL MARKETING, INC., a Florida Corporation; LOUIS QUILES, an individual, JANE DOE QUILES, an individual; DIGITALSPEED COMMUNICATIONS, INC., a Pennsylvania Corporation; INNOVATIVE COMMUNICATIONS, INC., a Pennsylvania Corporation; ADAM PASTERNACK a/k/a ADAM HARRIS PASTERNACK, an individual; JANE DOE PASTERNACK, an individual; DHM VACATIONS, LLC, a Florida Limited Liability Company; DRIFTWOOD VENTURES, INC., a Florida Corporation; DRIFTWOOD HOSPITALITY I, INC., a Florida Corporation; DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, a Delaware Limited Liability Company; | No. <br><br> DEFENDANTS DIGITAL SPEED COMMUNICATIONS, INC.'S, INNOVATIVE COMMUNICATIONS, INC.'S, ADAM PASTERNACK'S, AND JANE DOE PASTERNACK'S NOTICE OF REMOVAL OF CIVIL ACTION <br><br> Maricopa County Superior Court Cause No. CV2008-018530 |

MAINGATE HOSPITALITY, LP, a Delaware Limited Partnership,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441(a), 1446 and L.R.Civ. 3.7, Defendants Digital Speed Communications, Inc., Innovative Communications, Inc., Adam Pasternack, and Jane Doe Pasternack. ("Defendants") hereby remove to this Court the state court action described below on the following grounds:

1. On September 9, 2008, plaintiff Consumer Protection Corporation ("Consumer Protection"), an Arizona corporation, commenced this action in the Superior Court of the State of Arizona for the County of Maricopa, cause number CV2008-018530.

2. Defendants were served with a copy of the Summons and Complaint on November 3, 2008. Defendants have not yet filed an Answer or responsive pleading to the Complaint.

3. This Notice of Removal is filed within thirty days of Defendant's receipt via personal service of the Complaint in the Superior Court Action, as required by 28 U.S.C. § 1446(b).

4. This is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 and is removable pursuant to 28 U.S.C. §1441(a).

5. Plaintiff is an Arizona corporation with its principal place of business in Maricopa County, Arizona. Defendant Digital Speed Communications, Inc. is a Pennsylvania corporation with its principal place of business in West Conshohocken, Pennsylvania. Defendant Innovative Communications, Inc. is a Pennsylvania corporation with its principal place of business in West Conshohocken, Pennsylvania. Defendant Adam Pasternack is a resident of Villanova, Pennsylvania. Defendant Jane Doe Pasternack is a resident of Villanova, Pennsylvania.

7. The factual allegations set forth in the Complaint establish that the amount in controversy exceeds the minimal jurisdictional amount of $75,000, exclusive of interests and costs.

8. As a result, the State Action satisfies the jurisdictional requirements set forth in 28 U.S.C. §1332(a)(1) as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

9. Under 28 U.S.C. §§ 1446 and 1453, venue of this action is proper in the Court as the district and division within which the State Court Action was brought.

10. Defendants contemporaneously herewith file a Notice of Removed Action in the Superior Court of the State of Arizona for the County of Maricopa. In accordance with 28 U.S.C. § 1446 (d) and LRCiv. 3.7, a copy of all process, pleadings and orders filed in the state court action are attached as Exhibit 1.

DATED this 3rd day of December, 2008.

SNELL & WILMER L.L.P.

By s/Jason S. Vanacour
Jason S. Vanacour
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
*Attorneys for Defendants Digital Speed Communications, Inc., Innovative Communications, Inc., Adam Pasternack, and Jane Doe Pasternack*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF filing system and transmitted a copy via U.S. Mail to the following:

Peter Strojnik
3030 North Central Ave., Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Joan S. Burke
Mark P. Hummels
Osborn Maledon, P.A.
2929 North Central Ave., 21st Floor
Phoenix, Arizona 85012-2793
Attorneys for Defendants
Driftwood Ventures, Inc.,
Driftwood Hospitality I, Inc.,
DHM Vacations, LLC,
Driftwood Hospitality Management, LLC

Craig W. Phillips
Robert G. Schaffer
Lewis and Roca LLP
40 North Central Ave.
Phoenix, AZ 85004-4429
Attorneys for Defendant
Radisson Hotels International, Inc.

s/Jason S. Vanacour

9318938.1