**SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

**1.     Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Radisson Hotels International Inc | Defendant | Craig Phillips |
| Radisson worldwide Inc | Defendant | Pro Per |
| Tropical Travel Marketing Inc | Defendant | Pro Per |
| Louis Quiles | Defendant | Pro Per |
| Jane Doe Quiles | Defendant | Pro Per |
| Digital Speed Communications, Inc | Defendant | Jason S. Vanacour |
| Innovative Communications, Inc | Defendant | Jason S. Vanacour |
| Adam Pasternack | Defendant | Jason S. Vanacour |
| Jane Doe Pasternack | Defendant | Jason S. Vanacour |
| DHM Vacations LLC | Defendant | Joan Burke |
| Driftwood Ventures Inc | Defendant | Joan Burke |
| Driftwood Hospitality I, Inc | Defendant | Joan Burke |

| | | |
|---|---|---|
| Driftwood Hospitality Management, LLC | Defendant | Joan Burke |
| Maingate Hospitality, LP | Defendant | Pro Per |
| Consumer Protection Corporation | Plaintiff | Peter Strojnik |

**2.   Jury Demand:**

Was a Jury Demand made in another jurisdiction?   ☒Yes   ☐No
If "Yes," by which party and on what date?

      Consumer Protection
      Corporation            August 6, 2008

**3.   Answer:**

Was an Answer made in another jurisdiction?   ☒Yes   ☐No
If "Yes," by which party and on what date?

      Radisson Hotels International, Inc.   September 19, 2008

**4.   Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Consumer Protection Corporation | December 3, 2008 | U. S. Mail |
| Radisson Hotels International Inc | December 3, 2008 | U. S. Mail |
| DHM Vacations LLC | December 3, 2008 | U. S. Mail |
| Driftwood Ventures Inc | December 3, 2008 | U. S. Mail |
| Driftwood Hospitality I, Inc | December 3, 2008 | U. S. Mail |
| Driftwood Hospitality Management, LLC | December 3, 2008 | U. S. Mail |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Maingate Hospitality, LP | Address unavailable |
| Radisson worldwide Inc | Address unavailable |
| Tropical Travel Marketing Inc | Address unavailable |
| Louis Quiles | Address unavailable |
| Jane Doe Quiles | Address unavailable |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| None | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Reason for Change |
|---|---|
| None | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

9323850.1