# Exhibit B

Consumer Protection Corporation, Articles of Incorporation

AZ Corp. Commission

02120515

AZ CORPORATION COMMISSION
FILED

JUN 1 5 2006

FILE NO. 1454326

# ARTICLES OF INCORPORATION OF CONSUMER PROTECTION CORPORATION

Pursuant to A.R.S. §10-202
(An Arizona Business Corporation)

1. Name:

The Name of the Corporation is: CONSUMER PROTECTION CORPORATION.

2. Initial Business:

The initial business of the corporation will be the protection of consumers, shareholders, persons and entities from misleading, fraudulent, unethical, illegal or otherwise improper conduct by persons and corporations in the sales of goods, services, merchandise or securities through litigation, demands, orders, stipulations, injunctions, and other methods as may be appropriate, and any and all other business permitted by law.

3. Authorized Capital:

The Corporation shall have authority to issue 1,000,000 shares of Common Stock.

4. Known Place of Business:

The street address of the known place of business of the Corporation is:

3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

5. Statutory Agent:

The name and address of the statutory agent of the Corporation is:

Peter Strojnik, P.C.
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

6. Board of Directors:

The initial board of directors shall consist of one director. The name and address of the person who is to serve as the director until the first annual meeting of the members, if a member corporation, or Board of Directors, if the corporation has no members, or until her successors are elected and qualified is:

Tanya C. Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

AZ CORPORATION COMMISSION
FILED

JUL 0 1 2006

FILE NO. 1454308 6

The number of persons to serve on the board of directors thereafter shall be fixed by the Bylaws.

7. Incorporator: The incorporator is:

Peter Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

All powers, duties and responsibilities of the incorporators shall cease at the time of delivery of these Articles of Incorporation to the Arizona Corporation Commission.

8. Indemnification of Officers, Directors, Employees and Agents:

The Corporation shall indemnify any person who incurs expenses or liabilities by reason of the fact he or she is or was an officer, director, employee or agent of the Corporation or is or was serving at the request of the Corporation as a director, officer, employee or agent of another Corporation, partnership, joint venture, trust or other enterprise. This indemnification shall be mandatory in all circumstances in which indemnification is permitted by law

9. Limitation of Liability:

To the fullest extent permitted by the Arizona Revised Statutes, as the same exists or may hereafter be amended, a director of the Corporation shall not be liable to the Corporation or its stockholders for monetary damages for any action taken or any failure to take any action as a director. No repeal, amendment or modification of this article, whether direct or indirect, shall eliminate or reduce its effect with respect to any act or omission of a director of the Corporation occurring prior to such repeal, amendment or modification.

Executed this 2nd day of June, 2008, by all of the incorporators.

Signed: [signature]
Peter Strojnik, Incorporator
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

**ACCEPTANCE OF APPOINTMENT BY STATUTORY AGENT**

The undersigned hereby acknowledges and accepts the appointment as statutory agent of the above-named corporation effective this 2nd day of June, 2008.

Signed: [signature]
Peter Strojnik
President, Peter Strojnik, P.C.
3030 North Central Ave. # 1401
Phoenix, Arizona 85012

# PROFIT
## CERTIFICATE OF DISCLOSURE
Pursuant to A.R.S. §10-202. (D).

Consumer Protection Corporation
EXACT CORPORATE NAME

A. [illegible]

1. [illegible] Certificate?
2. [illegible] Certificate?
3. [illegible] within the seven-year period [illegible] such injunction, judgment, decree or permanent order:
   (a) Involved the violation of fraud or [illegible] laws of that jurisdiction; or
   (b) Involved the violation of the [illegible] laws of that jurisdiction; or
   (c) [illegible] judgment?

Yes ___ No X

B. IF YES, the following information MUST be attached:

1. Full name, prior names and aliases, if used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for the immediately preceding 7-year period).
5. Date and location of birth.
6. Social Security number.
7. The nature and description of each conviction or judicial action, date and location, as well as the court and public agency involved and file or cause number of case.

C. Has any person serving as an officer, director, trustee, incorporator or holding [illegible] per cent or the issued and outstanding common shares [illegible] of any other corporation [illegible]?

Yes ___ No X

IF YOUR ANSWER TO THE ABOVE QUESTION IS "YES", YOU MUST ATTACH THE FOLLOWING INFORMATION FOR EACH CORPORATION:

1. Name and address of the corporation.
2. Full name (including aliases) and address of each person involved.
3. State(s) in which the corporation: (a) Was incorporated. (b) Has transacted business.
4. Dates of corporate operation.
5. Date and case number of Bankruptcy or other [illegible]

D. The fiscal year end adopted by the corporation [illegible]

Under penalties of law, the undersigned incorporators/officers/directors [illegible] declare that [illegible] this Certificate, including any attachments, and to the best of my/our knowledge and belief it is true, correct and complete, [illegible].

THE SIGNATURES MUST BE DATED WITHIN THIRTY (30) DAYS OF THE DELIVERY DATE.

BY: [signature] BY: [signature]

PRINT NAME Tanya Strojnik PRINT NAME Peter Strojnik

TITLE Director DATE 6/3/07 TITLE Incorporator DATE 6/3/07

DOMESTIC CORPORATIONS: ALL INCORPORATORS MUST SIGN THE INITIAL CERTIFICATE OF DISCLOSURE. [illegible] AMENDED certificate signed by at least one duly authorized officer of the corporation.

FOREIGN CORPORATIONS MUST BE SIGNED BY AT LEAST ONE DULY AUTHORIZED OFFICER OF THE CORPORATION.

[illegible]

[illegible]