# Exhibit A



```
Jason S. Vanacour (#022738)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6369
Facsimile: (602) 382-6070
jvanacour@swlaw.com
Attorney for DigitalSpeed Communications Inc.
& Innovative Communications Inc.
```

## FOR UNITED STATES DISTRICT COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> RADISSON HOTELS INT'L, INC., *et al.* <br><br> Defendants. | No. CV-08-2205-PHX-NVW <br><br> **DECLARATION OF ADAM PASTERNACK** |

### DECLARATION

I, Adam Pasternack, hereby affirm that the following is true and correct:

1. I am over 18 years of age and could testify competently to the facts provided herein, which are personally known to me.

2. I am a citizen of the state of Pennsylvania. I live at 1028 North Spring Mill Road, Villanova, Pennsylvania 19085.

3. I am married to Alla Pasternack, one of the named defendants in this lawsuit.

4. I am the sole owner, President and CEO of DigitalSpeed Communications, Inc. ("DigitalSpeed"). DigitalSpeed is a common carrier duly authorized to offer inbound and outbound telecommunications services to a variety of

business customers through direct sales and through other telecommunications resellers. DigitalSpeed offers toll-free (800, 888, 877, 866, etc.) services to many of its customers. DigitalSpeed does not broadcast faxes as part of any service it provides to customers. DigitalSpeed is incorporated and headquartered in Pennsylvania.

5.  I am the sole owner, President and CEO of Innovative Communications, Inc. ("Innovative"). Innovative is a telecommunications management company. Innovative provides a variety of consulting services relating to telecommunications. For example, Innovative is sometimes hired to review telecommunications bills for the purpose of identifying errors and suggesting alternative service options to save money for its clients. Innovative is incorporated and headquartered in Pennsylvania. Innovative does not provide telecommunications services and has never advertised or provided services in Arizona. Innovative does not broadcast faxes as part of any service it provides to customers.

6.  DigitalSpeed and Innovative do not conduct business in Arizona. DigitalSpeed and Innovative are neither headquartered nor incorporated in Arizona. DigitalSpeed and Innovative do not maintain bank accounts in Arizona, own property in Arizona, or pay taxes in Arizona. Employees of DigitalSpeed and Innovative do not visit Arizona regularly.

7.  Innovative and DigitalSpeed do not send and did not send any unsolicited faxes to Arizona.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Adam Pasternack

Executed on December 2, 2008