Peter Strojnik, Esq. – Arizona State Bar No. 006464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RADISSON HOTELS INTERNATIONAL, INC., a Delaware Corporation; TROPICAL TRAVEL MARKETING, INC., a Florida Corporation; LOUIS QUILES, an individual; JANE DOE QUILES, an individual; DIGITALSPEED COMMUNICATIONS, INC., a Pennsylvania Corporation; INNOVATIVE COMMUNICATIONS, INC., a Pennsylvania Corporation; ADAM PASTERNACK a/k/a ADAM HARRIS PASTERNACK, an individual; ALLA PASTERNACK, an individual *et al.*,<br><br>Defendants. | NO. 08-cv-2205 PHX-NVW<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Consumer Protection Corporation)**<br><br>**(Radisson Hotels International, Inc.)**<br><br>**(DHM Vacations, LLC)**<br><br>**(Driftwood Ventures, Inc.)**<br><br>**(Driftwood Hospitality I, Inc.)**<br><br>**(Driftwood Hospitality Management, LLC)**<br><br>**(LB Maingate Hotel, LLC)** |

PLEASE TAKE NOTICE Plaintiff Consumer Protection Corporation has entered into a written agreement of settlement of the above-entitled cause with the following Defendants: (1) Radisson Hotels International, Inc., (2) DHM Vacations, LLC, (3) Driftwood Ventures, Inc., (4) Driftwood Hospitality I, Inc., (5) Driftwood Hospitality Management, LLC, and (6) LB Maingate Hotel, LLC (collectively as "Settling Defendants"). PLEASE TAKE FURTHER NOTICE Plaintiff and Settling

1 | Defendants shall prepare and file a Rule 41(a) Stipulation of Dismissal upon satisfaction of the terms of
2 | the Agreement.

RESPECTFULLY SUBMITTED this 23rd day of January, 2009.

**THE LAW FIRM OF PETER STROJNIK**

_____
By: Peter Strojnik
Attorney for the Plaintiff