IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RADISSON HOTELS INTERNATIONAL, INC., a Delaware corporation; TROPICAL TRAVEL MARKETING, INC., a Florida corporation; LOUIS QUILES, an individual, JANE DOE QUILES, an individual; DIGITALSPEED COMMUNICATIONS, INC., a Pennsylvania corporation; INNOVATIVE COMMUNICATIONS, INC., a Pennsylvania corporation; ADAM PASTERNACK a/k/a ADAM HARRIS PASTERNACK, an individual; JANE DOE PASTERNACK, an individual; DHM VACATIONS, LLC, a Florida Limited Liability Company; DRIFTWOOD VENTURES, INC., a Florida corporation; DRIFTWOOD HOSPITALITY 1, INC., a Florida corporation; DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, a Delaware Limited Liability Company; MAINGATE HOSPITALITY, LP, a Delaware Limited Partnership,<br><br>Defendants. | No. CV08-2205-PHX-FJM<br><br>**ORDER RE DISMISSAL** |

2436366v1

1 | Upon stipulation of the parties and good cause appearing,
2 | IT IS HEREBY ORDERED granting the parties' Stipulation for Dismissal with
3 | Prejudice of all claims in Plaintiff's First Amended Class Action Complaint against
4 | Defendants DHM Vacations, LLC, Driftwood Ventures, Inc., Driftwood Hospitality 1,
5 | Inc., Driftwood Hospitality Management, LLC, and Radisson Hotels International, Inc.
6 | The claims against the remaining defendants are not affected by this order.
7 | Dated this 11th day of February, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge